# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*January 10, 2024*

Nathan Ochsner, Clerk of Court

No. 23-20294
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 19, 2023

Lyle W. Cayce
Clerk

Roy Lee Weeks, Jr.,

*Plaintiff—Appellant,*

*versus*

Nationwide Mutual Insurance Company,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-4138

---

Before Wiener, Stewart, and Douglas, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jan 10, 2024

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 10, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

          No. 23-20294   Weeks v. Nationwide Mutual Ins
                         USDC No. 4:21-CV-4138

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Rebecca L. Leto*
                         By: _____
                         Rebecca L. Leto, Deputy Clerk
                         504-310-7703

cc:  Ms. Kelley Riddle Edwards
     Mr. Urvashi Morolia
     Ms. Marjorie A. Murphy